IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| STEVE DANIEL and CAROL REAGAN, On Behalf of Themselves and All Other Former Salaried Employees of Defendants' Macon Plant Similarly Situated,<br><br>              Plaintiffs<br><br>            VS.<br><br>NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORP., formerly Known as TRW, INC. and its Wholly Owned Subsidiary, LUCAS WESTERN, INC.,<br><br>              Defendants | <br><br><br><br><br><br>NO. 5:03-CV-127 (CWH)<br><br>BEFORE THE U. S. MAGISTRATE JUDGE |

## O R D E R

Upon consideration of the **NOTICE OF WITHDRAWAL OF MOTION FOR ATTORNEY FEES** (Tab #68) filed herein by the defendants, advising the court that the parties have resolved their dispute over the award of attorney fees in the above-captioned proceeding, said **MOTION FOR ATTORNEY FEES** (Tab #41) is hereby disposed of, terminating this proceeding.

SO ORDERED AND DIRECTED, this 18th day of OCTOBER, 2006.



*/s/ Claude W. Hicks, Jr.*

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE